AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
NIBARDO SANDOVAL-BARRON,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1318

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NIBARDO SANDOVAL-BARRON

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/1/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                                             Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA    92101 |
| | City                 State                Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number                                        Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 1, 2008　　　　　　　　　　　　　　　　____/s/ Joseph McMullen_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH McMULLEN
　　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　e-mail: Joseph_McMullen@fd.org