UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08CR1522-BTM |
| vs. | ) ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Nibardo Sandoval-Barron | ) ) | Booking No. 08340298 |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Rolando Rojas-Ramirez

DATED: 5-13-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062